FILED

17 OCT 24 AM 8:30

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DAN SERGIO DE LA CRUZ,<br>　　　Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK AS<br>TRUSTEE FOR THE<br>CERTIFICATEHOLDERS CWABS, INC.<br>ASSET-BACKED CERTIFICATES,<br>SERIES 2005-9 and DITECH<br>FINANCIAL, LLC<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 1:17-cv-00163-SS |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Came to be considered in the above-styled-and-numbered cause, Defendants The Bank of New York, as Trustee of the Certificateholders CWABS, Inc., Asset-Backed Certificates Series 2005-9 ("BONY") and Ditech Financial LLC ("Ditech") (collectively, "Defendants") Unopposed Motion to Withdraw and Substitute Counsel (the "Motion"). Upon consideration, the Court finds that the Motion is well-taken and should be, and hereby is, GRANTED.

It is therefore ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that the present counsel of record listed below is hereby withdrawn as counsel for Defendants in the above-styled and numbered cause:

Marc D. Cabrera
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800



Daniel Durell
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701-3055
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

It is FURTHER ORDERED that the following counsel be substituted as counsel of record for Defendants in the above-styled and numbered cause:

Mark D. Hopkins
Shelley L. Hopkins
HOPKINS LAW, PLLC
3809 Juniper Trace, Suite 101
Austin, Texas 78738
Phone: (512) 600-4320
Facsimile: (512) 600-4326

It is FURTHER ORDERED that any and all future communications and notices to Defendants be directed exclusively to Mark D. Hopkins and Shelley L. Hopkins, Hopkins Law, PLLC, at the address indicated above. The docket shall be amended to reflect the withdrawal of Marc D. Cabrera and Daniel Durell, Locke Lord LLP, as counsel for Defendants.

Signed this the 23rd day of October, 2017.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE