IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DAN SERGIO DE LA CRUZ,**<br>       **Plaintiff,**<br><br>-vs-<br><br>**THE BANK OF NEW YORK, AS TRUSTEE OF THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES SERIES 2005-9,**<br>       **Defendant.** | **CAUSE NO.: A-17-CV-163-SS** |

### O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically Plaintiff Dan Sergio de la Cruz's Motion for Permission to File Electronically [#103]. This case has resulted in a final judgment, *see* Final J. [#99], which Plaintiff has appealed. *See* Notice of Appeal [#99]. Accordingly, the case is closed and Plaintiff is not permitted to file electronically in this Court.

Accordingly,

IT IS ORDERED that Plaintiff Dan Sergio de la Cruz's Motion for Permission to File Electronically [#103] is DENIED.

Signed this the 27th day of August 2020.

*[signature]*
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE