# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 23, 2020

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 20-50488   Dan De La Cruz v. Bank of New York
                      USDC No. 1:17-CV-163

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Charles B. Whitney, Deputy Clerk
                                       504-310-7679

cc w/encl:
    Mr. Marc Daniel Cabrera
    Mr. Dan Sergio De La Cruz
    Mr. Mark D. Hopkins
    Ms. Shelley Luan Hopkins

# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-50488

---

Dan Sergio De La Cruz,

*Plaintiff—Appellant*,

*versus*

The Bank of New York, as Trustee of the Certificateholders CWABS, Inc., Asset-Backed Certificates Series 2005-9,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:17-CV-163

---

CLERK'S OFFICE:

Under 5ᴛʜ Cir. R. 42.3, the appeal is dismissed as of October 23, 2020, for want of prosecution. The appellant failed to timely file appellant's brief.

No. 20-50488

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Charles B. Whitney, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Oct 23, 2020**

**Clerk, U.S. Court of Appeals, Fifth Circuit**